IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | CRIMINAL ACTION NO. |
| | : | |
| | : | 1:10-CR-310 |
| V. | : | |
| | : | |
| INGER JENSEN | : | |
|     Defendant | | |

**MOTION FOR CONTINUANCE OF TRIAL**

Now comes Defendant, Inger Jensen, in the above-styled case and moves that the Trial in the above styled case be continued. The Defendant in support of this motion states the following:

1.

The Court has scheduled the date of April 18, 2011 for Trial.

2.

Defendant has retained a forensic accountant to analyze certain discovery documents. The accountant became necessary after a review of the discovery in the context of the superseding indictment.

3.

The accountant's analysis of the discovery is not expected to be complete until after the trial date.

4.

The AUSA and the co-defendant have been notified of the situation. The co-defendant has no objection to continuing the trial.

Wherefore, the Defendant moves that the Trial be continued.

Respectfully Submitted This 28th day of March, 2011

|  |  |
|---|---|
| 118 North Ave. Ste. C | _____ |
| Jonesboro, GA 30236 | Vernon Smith |
| 770-471-4040 | State Bar # 663908 |
|  | Attorney for Movant |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**THE UNITED STATES OF AMERICA**       :       **CRIMINAL ACTION NO.**
                                       :
                                       :       **1:10-CR-310**
**V.**                                 :
                                       :
**INGER JENSEN**                       :
    **Defendant**

### CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the following Motion to continue Plea upon counsel using the ECF system which will automatically send e-mail notification of such filing to all involved parties.

This 28th day of March, 2011.

Respectfully submitted,


_____
118 North Ave. Ste. C           VERNON SMITH
Jonesboro, GA 30236             State Bar #663908
                                Attorney for Movant