AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.

**PROOF OF SERVICE**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 16 2012

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

This subpoena for *(name of individual and title, if any)* Jill Young

was received by me on *(date)* 2-8-12 .

THIS COPY

☑ I served the subpoena by delivering a copy to the named person as follows: ADDRESS LISTED

_____ on *(date)* 2-6-12 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2-9-12

_____
*Server's signature*

SHAFER CROUSM
*Printed name and title*

920 W. RIVERSIDE AVE SPOKANE WA
*Server's address*

Additional information regarding attempted service, etc:

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Inger Jensen | ) | Case No. 1:10-CR-00310-WSD-2 |
| Defendant | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Jill L. Young
37 W 31st Ave.
Spokane, WA 99203

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: 75 Spring Street U.S. District Court Atlanta GA 30303 | Courtroom No.: 1705 |
|---|---|
| | Date and Time: 2/13/12 9:00 AM |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

RECEIVED 2012 FEB 14 P 3:59 U.S. MARSHALS SERVICE NORTHERN GEORGIA

Date:

**JAMES N. HATTEN**
CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Inger Jensen, who requests this subpoena, are:

Vernon Smith
118 N. Ave. Ste. C
Jonesboro GA 30236
(770) 471-4040
vernonsmithlaw@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE 1:10-CR-00310 |
| -vs- | ) ) | ORDER FOR SUBPOENA OF WITNESS |
| INGER JENSEN | ) | |

## ORDER

Upon motion of the defendant, by and through her appointed counsel, and upon good cause being shown,

**IT IS HEREBY ORDERED** that the Clerk of Court shall issue a subpoena for the following witnesses, pursuant to Rule 17(b), Federal Rules of Criminal Procedure.

Jill L Young
37 W 31st Ave
Spokane, WA 99203
509-747-5419

Charles Krauser
11147 Pacific St
Rancho Cucamonga, CA 91701
(909) 989-0695

Jerome Neidich
907 Schumacher Dr
Los Angeles, CA 90048
(323) 930-1800

Eileen Rice
c/o Lanny Breuer, Assistant Attorney General of the United States
Criminal Division
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

This 31st day of January, 2012

Judge William S. Duffey Jr.